IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

**FILED**
SEP - 5 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  | I N D I C T M E N T |
| )  |  |
| Plaintiff,  )  | **1 : 24 CR 00315** |
| )  | CASE NO. |
| v.  )  |  |
| )  | Title 18, United States Code, |
| )  | Sections §§ 2, 922(a)(6), |
| CURTIS JONES,  )  | 922(g)(1), 924(e), 932(b)(1), |
| WANDA HATCHER,  )  | and (c)(1) |
| )  |  |
| Defendants.  )  | **JUDGE FLEMING** |

COUNT 1
(Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(e))

The Grand Jury charges:

1.  On or about November 7, 2023, in the Northern District of Ohio, Eastern Division, Defendant CURTIS JONES, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Burglary and Attempted Domestic Violence, on May 6, 2024, in Case Number CR-23-686727, in Cuyahoga County Common Pleas Court; Domestic Violence, on or about June 8, 2023, in Case Number CR-23-678045, in Cuyahoga County Common Pleas Court; Domestic Violence, on or about April 13, 2020, in Case Number CR-19-646731, in Cuyahoga County Common Pleas Court; and Domestic Violence, on or September 18, 2017, in Case Number CR-17-617887, in Cuyahoga County Common Pleas Court, knowingly possessed in and affecting interstate commerce a firearm, to wit: a Glock, model 42, .380 caliber, semi-automatic pistol, bearing serial number AGYM280, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

2. Before Defendant committed the offense charged in this indictment, he had three previous convictions for a violent felony committed on occasions different from one another, to wit: Domestic Violence, on or about June 8, 2023, in Case Number CR-23-678045, in Cuyahoga County Common Pleas Court; Domestic Violence, on or about April 13, 2020, in Case Number CR-19-646731, in Cuyahoga County Common Pleas Court; and Domestic Violence, on or about September 18, 2017, in Case Number CR-17-617887, in Cuyahoga County Common Pleas Court.

## COUNT 2
(Making a False Statement in Acquisition of Firearms, 18 U.S.C. §§ 922(a)(6) and 2)

The Grand Jury further charges:

3. From on or about November 7, 2023 to November 8, 2023, in the Northern District of Ohio, Eastern Division, Defendants CURTIS JONES and WANDA HATCHER, in connection with the acquisition of firearms, to wit: Glock model 42, .380 caliber, semi-automatic pistol, bearing serial number AGYM280, and Century Arms, model VSKA, 7.62 x 39 mm caliber pistol, bearing serial number SV7P012233, from Cleveland Armory, 9100 Bank Street, Cleveland, Ohio, a federally licensed dealer of firearms, aiding and abetting each other, did knowingly make and caused to be made false and fictitious statements, intended and likely to deceive said dealer with respect to facts material to the lawfulness of the sale and acquisition of said firearms under the provisions of Chapter 44, Title 18 of the United States Code, in that CURTIS JONES and WANDA HATCHER, aiding and abetting each other did knowingly state and represent on Federal Firearms Transaction Records, those are, ATF Forms 4473, that WANDA HATCHER was the actual buyer of said firearms, when in fact, she was not the actual buyer of the firearms, in violation of Title 18, United States Code, Sections 922(a)(6) and 2.

## COUNT 3
(Making a False Statement in Acquisition of Firearms, 18 U.S.C. §§ 922(a)(6) and 2)

The Grand Jury further charges:

4. On or about November 8, 2023, in the Northern District of Ohio, Eastern Division, Defendants CURTIS JONES and WANDA HATCHER, in connection with the acquisition of firearms, to wit: Smith & Wesson, model 686-6, .357 magnum caliber revolver, bearing serial number DAT9012, Romarm, model Micro Draco, 7.62 x 39 mm caliber pistol, bearing serial number ROA 23PMD39669, and Glock, model 23, .40 caliber semi-automatic pistol, bearing serial number BZCU154, from Mayfield Gun, 5817 Mayfield Road, Mayfield Heights, Ohio, a federally licensed dealer of firearms, aiding and abetting each other, did knowingly make and caused to be made false and fictitious statements, intended and likely to deceive said dealer with respect to facts material to the lawfulness of the sale and acquisition of said firearms under the provisions of Chapter 44, Title 18 of the United States Code, in that CURTIS JONES and WANDA HATCHER, aiding and abetting each other did knowingly state and represent on Federal Firearms Transaction Records, those are, ATF Forms 4473, that WANDA HATCHER was the actual buyer of said firearms, when in fact, she was not the actual buyer of the firearms, in violation of Title 18, United States Code, Sections 922(a)(6) and 2.

## COUNT 4
(Straw Purchasing of Firearms, 18 U.S.C. §§ 932(b)(1) and (c)(1))

The Grand Jury charges:

5. From on or about November 7, 2023 to November 8, 2023, in the Northern District of Ohio, Eastern Division, Defendants CURTIS JONES and WANDA HATCHER did knowingly conspire in the purchase of five firearms, to wit: Glock model 42, .380 caliber, semi-automatic pistol, bearing serial number AGYM280, Century Arms, model VSKA, 7.62 x 39 mm

caliber pistol, bearing serial number SV7P012233, Smith & Wesson, model 686-6, .357 magnum caliber revolver, bearing serial number DAT9012, Romarm Arms, model Micro Draco, 7.62 x 39 mm caliber pistol, bearing serial number ROA 23PMD39669, and Glock, model 23, .40 caliber semi-automatic pistol, bearing serial number BZCU154, in or otherwise affecting interstate or foreign commerce for, on behalf of, and at the request or demand of CURTIS JONES, knowing he had previously been convicted in any court of crimes punishable by imprisonment for a term exceeding one year, those being: Burglary and Attempted Domestic Violence, on May 6, 2024, in Case Number CR-23-686727, in Cuyahoga County Common Pleas Court; Domestic Violence, on or about June 8, 2023, in Case Number CR-23-678045, in Cuyahoga County Common Pleas Court; Domestic Violence, on or about April 13, 2020, in Case Number CR-19-646731, in Cuyahoga County Common Pleas Court; and Domestic Violence, on or about September 18, 2017, in Case Number CR-17-617887, in violation of Title 18, United States Code, Section 932(b)(1).

## COUNT 5
(Making a False Statement in Acquisition of Firearms, 18 U.S.C. §§ 922(a)(6) and 2)

The Grand Jury further charges:

6. On or about November 15, 2023, in the Northern District of Ohio, Eastern Division, Defendant CURTIS JONES and M.L. not charged herein, in connection with the acquisition of firearms, to wit: Glock, model 27 GEN5, .40 caliber semi-automatic pistol, bearing serial number CAYZ719, and Glock, model 43X, 9mm caliber semi-automatic pistol, bearing serial number CBGM735, from Summit Armory, 2417 North Cleveland-Massillon Road, Akron, Ohio, a federally licensed dealer of firearms, aiding and abetting another, aiding and abetting each other, did knowingly make and caused to be made false and fictitious statements, intended and likely to deceive said dealer with respect to facts material to the lawfulness of the

4

sale and acquisition of said firearms under the provisions of Chapter 44, Title 18 of the United States Code, in that CURTIS JONES and M.L., aiding and abetting each other, did knowingly state and represent on Federal Firearms Transaction Records, those are, ATF Forms 4473, that M.L., was the actual buyer of said firearms, when in fact, he was not the actual buyer of the firearms, in violation of Title 18, United States Code, Sections 922(a)(6) and 2).

COUNT 6
(Straw Purchasing of Firearms, 18 U.S.C. §§ 932(b)(1) and (c)(1))

The Grand Jury charges:

7. On or about November 15, 2023, in the Northern District of Ohio, Eastern Division, Defendants CURTIS JONES and M.L., did knowingly conspire in the purchase of two firearms, to wit: Glock, model 27 GEN5, .40 caliber semi-automatic pistol, bearing serial number CAYZ719, and Glock, model 43X, 9mm caliber semi-automatic pistol, bearing serial number CBGM735, in or otherwise affecting interstate or foreign commerce for, on behalf of, and at the request or demand of CURTIS JONES, knowing he had previously been convicted in any court of crimes punishable by imprisonment for a term exceeding one year, those being: Burglary and Attempted Domestic Violence, on May 6, 2024, in Case Number CR-23-686727, in Cuyahoga County Common Pleas Court; Domestic Violence, on or about June 8, 2023, in Case Number CR-23-678045, in Cuyahoga County Common Pleas Court; Domestic Violence, on or about April 13, 2020, in Case Number CR-19-646731, in Cuyahoga County Common Pleas Court; and Domestic Violence, on or about September 18, 2017, in Case Number CR-17-617887, in violation of Title 18, United States Code, Section 932(b)(1).

## FORFEITURE

The Grand Jury further charges:

8. For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code Section, 2461(c), the allegations in Counts 1-6 are incorporated herein by reference. As a result of the foregoing offense, Defendants CURTIS JONES and WANDA HATCHER shall forfeit to the United States any and all firearms involved in or used in the commission of the violations charged in Counts 1-6.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.